# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 10, 2016

### NO. 03-14-00814-CV

### In the Matter of C. R. M.

### APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment of delinquency signed by the juvenile court on September 26, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the juvenile court's judgment. Therefore, the Court affirms the juvenile court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.